UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Congregation Shema Yis−Rael,
et al.,

           Plaintiff(s),

v.                                     Case No. 2:09−cv−13718−DPH−VMM
                                     Hon. Denise Page Hood

Pontiac, City of,

           Defendant(s).
_____

**NOTICE TO APPEAR**

    You are hereby notified to appear before the Honorable Denise Page Hood, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  January 11, 2010 at 03:00 PM

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                     By: s/ B. Lewis
                                                          Case Manager

Dated:  November 13, 2009